IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRACY MEADOWS**  **PLAINTIFF**
Reg #24485-009

v.   CASE NO. 2:22-CV-00181-BSM

**JOHN YATES**  **DEFENDANT**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 11] is adopted and Tracy Meadows's petition for habeas relief [Doc. No. 1] is dismissed with prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE