IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRACY MEADOWS**  **PLAINTIFF**
Reg #24485-009

v.  CASE NO. 2:22-CV-00181-BSM

**JOHN YATES**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE